# McKENNA McGOWAN LLP
111 Church Street
White Plains, New York 10601

DANIEL J. MCKENNA
MATTHEW J. MCGOWAN

Telephone: (914) 686-0500
Fax: (914) 686-0505

June 14, 2007

**BY FACSIMILE (914) 390-4085**
Honorable Justice Charles L. Bricant
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
White Plains, New York 10601

    Attention:    Alice F. Cama

Re:    Carello v. The City of New Rochelle, et al.
Index Number 07 CIV. 2914
United States District Court for the Southern District of New York

Dear Judge Brieant:

Please consider this correspondence in furtherance of our discussion today. As you recall, this matter was set down for a preliminary conference tomorrow June 15, 2007.

I am writing to request an adjournment of the conference to July 20, 2007 at 9:00 am. Only the City of New Rochelle has been served. As such, it will be unlikely we could set a prudent discovery schedule. Two defendants do not even have counsel yet.

I have contacted Peter Meisels, Esq., of the law firm of Wilson, Elser Moskowitz, Edelman & Dicker LLP, counsel for the defendant The City of New Rochelle. He has consented and would join in this request for an adjournment.

Please advise the undersigned at 914-686-0500 whether this request will be granted. Thank you for your consideration.

Very truly yours,

Matthew J. McGowan

Cc:    Peter Meisels, Esq. (by facsimile 914-323-7001)