WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels (PM-5018)
       Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
JOHN CARELLO,                                                        :
                     Plaintiff,                                         07 Civ. 2914 (CLB)(MDF)
                                                                     :
        -against-
                                                                     :
THE CITY OF NEW ROCHELLE, THE NEW ROCHELLE
POLICE DEPARTMENT, P.O. GEORGE ROSENBERGEN,                          :
AND P.O. JOHN/JANE DOES,
                                                                     :
                     Defendants.
                                                                     :
-------------------------------------------------------------------- x

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the following office address and telephone number for

Peter Alexander Meisels is:

> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> 3 Gannett Drive
> White Plains, NY 10604
> Tel: (914) 323-7000
> Fax: (914) 323-7001
> E-mail: peter.meisels@wilsonelser.com

Dated: White Plains, New York
       June 29, 2007

1601030.1

                WILSON, ELSER, MOSKOWITZ
                EDELMAN & DICKER LLP
                Attorneys for the City Defendants

By: _____
      Peter A. Meisels (PM 5018)

                3 Gannett Drive
                White Plains, NY 10604
                Tel: (914) 323-7000
                Fax: (914) 323-7001

TO:    McKENNA McGOWAN LLP
        Attorneys for Plaintiff
        111 Church Street
        White Plains, NY 10601
        (914) 686-0500
        Attn: Matthew J. McGowan (MM-9198)

1601030.1