WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels (PM-5018)
       Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JOHN CARELLO,                                                       :
                                                                        07 Civ. 2914 (CLB)(MDF)
                        Plaintiff,                                  :

        -against-                                                   :

THE CITY OF NEW ROCHELLE, THE NEW ROCHELLE                          :
POLICE DEPARTMENT, P.O. GEORGE ROSENBERGEN,
AND P.O. JOHN/JANE DOES,                                            :

                        Defendants.                                 :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Defendants City of New Rochelle (s/h/a "The City of New Rochelle" and "The New Rochelle Police Department") and George Rosenbergen (collectively, the "Defendants") appear herein by their counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, demand that all notices given or required to be given in this case, and all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Attn:  Peter A. Meisels, Esq.
Lalit K. Loomba, Esq.
Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: peter.meisels@wilsonelser.com and lalit.loomba@wilsonelser.com

1601006.1

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
       June 29, 2007

                              WILSON, ELSER, MOSKOWITZ
                              EDELMAN & DICKER LLP
                              Attorneys for the City Defendants

                     By: _____
                              Peter A. Meisels (PM 5018)

                              3 Gannett Drive
                              White Plains, NY  10604
                              Tel: (914) 323-7000
                              Fax: (914) 323-7001

TO:    McKENNA McGOWAN LLP
         Attorneys for Plaintiff
         111 Church Street
         White Plains, NY  10601
         (914) 686-0500
         Attn: Matthew J. McGowan (MM-9198)