WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels (PM-5018)
       Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JOHN CARELLO,                                :

                Plaintiff,                  07 Civ. 2914 (CLB)(MDF)

                                            :

    -against-

                                            :

THE CITY OF NEW ROCHELLE, THE NEW ROCHELLE
POLICE DEPARTMENT, P.O. GEORGE ROSENBERGEN,  :
AND P.O. JOHN/JANE DOES,

                                            :

                Defendants.

                                            :
------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK       )
                                ) ss.:
COUNTY OF WESTCHESTER  )

    Krissie Taylor, being duly sworn, deposes and says:  that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

    That on the 29th day of June, 2007, deponent served document(s) entitled Notice of Change of Address, Notice of Appearance and Answer upon:

        Matthew J. McGowan, Esq.
        McKenna McGowan LLP
        111 Church Street
        White Plains, NY 10601

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*/s/ Krissie Taylor*
Krissie Taylor

Sworn to before me this
29th day of June, 2007

*/s/ Lalit K. Loomba*
Notary Public

LALIT K. LOOMBA
Notary Public, State of New York
No. 60-5006806
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Jan. 11, 20__

1371025.1