# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

August 30, 2007

**By First Class Mail**

McKENNA McGOWAN LLP
111 Church Street
White Plains, NY 10601
(914) 686-0500
Attn: Matthew J. McGowan (MM-9198)

Re: John Carello v. The City of New Rochelle, The New Rochelle Police Department, P.O. George Rosenbergen, and P.O. John/Jane Does
Docket No.: 07 Civ. 2914 (CLB)(MDF)
Our File No.: 07367.00062

Dear Matthew:

Following up on my letter dated August 13, 2007, I have yet to hear from you regarding the deposition of your client. As you know, paragraph 3(d) of the scheduling order requires that your client submit to a deposition within 30 days of the scheduling conference; we held the conference on July 20, 2007. I noticed the deposition for August 20, 2007, but apparently your client was unavailable on that date due to vacation. In the meantime, I have requested a 30-day extension from the Court.

Please call me so we can schedule your client's deposition as required by the Court's scheduling order. This letter is our good faith effort to resolve a discovery dispute.

Sincerely yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

1679722.1