1

1

2　UNITED STATES DISTRICT COURT

3　SOUTHERN DISTRICT OF NEW YORK

4　07 Civ. 2914(CLB)(MDF)

　　----------------------------------------x

5　JOHN CARELLO,

6　　　　　　　　　　Plaintiff,

7

　　　　　　　　　- against -

8

9　THE CITY OF NEW ROCHELLE, THE NEW

　　ROCHELLE POLICE DEPARTMENT, P.O. GEORGE

10　ROSENBERGEN, AND P.O. JOHN/JANE DOES,

11　　　　　　　　　Defendants.

　　----------------------------------------x

12

　　　　　　　　　October 18, 2007

13　　　　　　　　10:25 a.m.

14

15　　　DEPOSITION of Plaintiff, JOHN CARELLO,

16　taken by Defendants, pursuant to Order,

17　held at the offices of Wilson, Elser,

18　Moskowitz, Edelman & Dicker, LLP, 3

19　Gannett Drive, White Plains, New York,

20　before Reva Weiss, a Notary Public of the

21　State of New York.

22

23

24

25

2

1

2    A P P E A R A N C E S :

3

4    McKENNA McGOWAN LLP

5    11 Church Street

6    White Plains, New York 10601

7        Attorneys for Plaintiff

8

9    BY: MATTHEW McGOWAN, ESQ.

10

11

12

13    WILSON, ELSER, MOSKOWITZ,

14    EDELMAN & DICKER, LLP

15    3 Gannett Drive

16    White Plains, New York 10604

17        Attorneys for Defendants

18

19    BY: LALIT K. LOOMBA, ESQ.

20

21

22    ALSO PRESTEN:

23        GEORGE ROSENBERGEN

24

25

3

1

2                    S T I P U L A T I O N S

3          IT IS HEREBY STIPULATED AND AGREED,

4    by and among counsel for the respective

5    parties hereto, that the filing, sealing

6    and certification of the within

7    deposition shall be and the same are

8    hereby waived;

9                    IT IS FURTHER STIPULATED AND

10   AGREED that all objections, except as to

11   form of the question, shall be reserved

12   to the time of the trial;

13                    IT IS FURTHER STIPULATED AND

14   AGREED that the within deposition may be

15   signed before any Notary Public with the

16   same force and effect as if signed and

17   sworn to before the Court.

18            *        *        *

19

20

21

22

23

24

25

4

1

2    J O H N    C A R E L L O,

3    having first been duly sworn by Reva

4    Weiss, a Notary Public within and for the

5    State of New York, testified as follows:

6    EXAMINATION BY

7    MR. LOOMBA:

8         Q      What is your name?

9         A      John Carello.

10        Q      Where do you reside?

11        A      39 High Street, Armonk, New

12   York 10504.

13        Q      Good morning, Mr. Carello.  My

14   name Lalit Loomba.  I'm an attorney

15   representing the defendants in this case.

16   We are here to take your deposition

17   concerning the underlying incident of

18   January 11, 2006.

19              Have you been in a deposition

20   before?

21        A      Yes.

22        Q      So you understand that you have

23   been placed under oath?

24        A      Yes.

25        Q      And that you are obligated by

5

1                    CARELLO

2    that oath to answer these questions as

3    truthfully as possible.  Do you

4    understand that?

5        A    Yes.

6        Q    Is there any physical reason

7    why you wouldn't be able to answer

8    questions truthfully today?

9        A    No.

10       Q    You understand that even though

11   we are sitting in a conference room in a

12   somewhat informal setting, the answers

13   that you provide today could be used

14   against you in court if a case were to go

15   to trial?

16       A    Yes.

17       Q    If you have any questions about

18   any of the questions that I ask you,

19   please let me know and I will try to

20   rephrase them.  Otherwise, I will assume

21   that you understand the questions.  Is

22   that fair enough?

23       A    That's fair enough.

24       Q    Could you provide your Social

25   Security number, please.

                         CARELLO
 1
 2   to the best of your knowledge?
 3           MR. McGOWAN:  Are you asking him
 4       now or were they true and accurate as
 5       to the best of his knowledge on the
 6       day he signed it?
 7           MR. LOOMBA:  Well, let's break
 8       it down.  We will make it a two-part
 9       question.
10       Q    As of the date that you signed
11   it, were those true and accurate, meaning
12   just the factual allegations contained in
13   paragraph 3?
14           (Pause.)
15       A    That is true.
16       Q    And as of today, and this was
17   signed on April 6, 2006, so we're
18   approximately a year-and-a-half later --
19       A    It's still true.
20       Q    -- is it still true today?
21       A    Yes, it is.
22       Q    January 11, 2006, do you recall
23   what your business was that day, whether
24   you were going to a particular
25   appointment or whether you had something

                    CARELLO

1

2   else to do?

3       A     I don't recall what I was doing

4   other than driving down North Avenue

5   towards Pelham Road.

6       Q     Do you remember where you were

7   coming from?

8       A     I was coming from home.

9       Q     Do you remember where you were

10  heading other than the general direction

11  that you indicated?

12      A     I can't remember right now.

13      Q     Do you remember how you were

14  dressed?

15      A     I don't remember what I was

16  wearing.

17      Q     Were you wearing a suit and

18  tie?

19      A     No, I was not.

20      Q     Do you remember the day of the

21  week?

22      A     Not off the top of my head.

23      Q     I represent to you it was a

24  Wednesday.  You can check the calendar.

25            Based upon your recollection,

19

CARELLO

1

2   would you have had something to do in New

3   Rochelle on a Wednesday?

4       A     I was going to nowhere in

5   particular.  It was probably another day

6   for me.  I've been retired for some time

7   where I didn't have to report to an

8   office for quite some time, so I was most

9   likely heading to my mom's home, my

10  brother's home or going to get something

11  to eat.

12      Q     Your parents lived in New

13  Rochelle at the time I take it.

14      A     Yes.

15      Q     They still reside in New

16  Rochelle?

17      A     Yes.  Just my mom.

18      Q     What kind of car were you

19  driving?

20      A     2004 Escalade.

21      Q     There came a time when you were

22  pulled over by a police officer, is that

23  right?

24      A     I was pulled over and I found

25  out later that it was a police officer,

1                    CARELLO

2   yes.

3       Q       Can you recollect approximately

4   when during the day that this occurred,

5   the time?

6       A       I would say between 11 and 12.

7       Q       In the morning?

8       A       In the morning.

9       Q       What was the first thing that

10  you saw or heard that made you aware that

11  you were going to be pulled over?

12      A       I was at a traffic light on

13  North Avenue and Beechmont Drive and an

14  unmarked vehicle pulled behind me and the

15  lights went on the grill and I thought he

16  was trying to get by and I just pulled

17  over to the right-hand side of the road

18  and he pulls up behind me.

19      Q       Were you stopped at the traffic

20  light?

21      A       Yes.

22      Q       This is just past the high

23  school on the right?

24      A       If you are coming down towards

25  Pelham Road, it's past the high school on

21

                        CARELLO

1
2    the right.

3        Q       And Iona would be just --

4        A       On your left-hand side.

5        Q       -- a little bit up on the left,

6    is that right?

7        A       That's correct.

8        Q       What lane were you in when you

9    were stopped at the traffic light?

10       A       I was in the right lane.

11       Q       What did you do when you saw

12   the lights?  I take it you saw them in

13   your rearview mirror.

14       A       Yes.

15       Q       What did you do when you saw

16   the lights?

17       A       I pulled over off to the

18   right-hand side of the road and that car

19   followed right behind me.

20       Q       Did you have a cell phone with

21   you at the time?

22       A       Yes.

23       Q       When you first noticed the

24   lights, if you could take it at that

25   specific point in time, was your seat

22

```
 1              CARELLO
 2   belt on?
 3       A     Yes.
 4       Q     What happened after you pulled
 5   over to the side?
 6       A     An African-American male got
 7   out of the car and told me that I was
 8   speeding down North Avenue and he was
 9   going to write me a summons.
10       Q     Can you describe this person
11   with any more specificity?
12       A     Medium height, stocky.
13       Q     What was he wearing?
14       A     He was not wearing a
15   traditional New Rochelle Police --
16          MR. McGOWAN:  He asked you what
17       was he wearing.  If you remember, what
18       he was wearing?  Not what wasn't he
19       wearing.
20          THE WITNESS:  I'm sorry.
21       A     If I recall, it looked like a
22   sweater.
23       Q     Was this a cold day, by the
24   way, January 11, 2006, do you remember?
25       A     I don't remember.
```

27

1          CARELLO

2          (Record read: Page 22, lines 4

3     through 9.)

4          MR. McGOWAN:  Do you want to

5     pick it up from that point?

6     Q     Where was he standing when he

7  said that you were speeding?

8     A     He was standing outside my

9  driver's side window.

10    Q     And you had rolled the window

11 down?

12    A     Yes.

13    Q     When you pulled your car over,

14 did you turn the ignition off?

15    A     I don't remember.

16    Q     There were power windows on

17 that Escalade, is that right?

18    A     Yes.

19    Q     Besides telling you that you

20 were speeding, did he ask you any other

21 questions?

22    A     I believe he asked me for my

23 license and registration.

24    Q     What did you say in response?

25    A     I don't recall, but I know I

28

CARELLO

1

2    gave it to him.

3       Q    After you provided the officer,

4    or this gentleman, with your license and

5    registration, what happened next?

6       A    He went back to his car and

7    came out of the car and he issued me a

8    summons for speeding.

9       Q    Can you estimate how long he

10   was in his car?

11      A    I don't recall.

12      Q    During that time period, did

13   you make any telephone calls on your cell

14   phone?

15      A    Not at that point.

16      Q    When you say he issued you a

17   summons for speeding, what exactly do you

18   mean?

19      A    He came back with something

20   that look like a ticket and claimed that

21   I was speeding.

22      Q    Did he hand you that ticket?

23      A    Yes.

24      Q    And did he return your license

25   and registration?

29

1                    CARELLO

2        A      Yes.

3        Q      Did he say anything else as he

4   was providing you with those materials?

5        A      Yes.

6        Q      What did he say?

7        A      I don't recall exactly.

8        Q      Did you say anything to him at

9   this point?

10       A      Yes.

11       Q      What did you say?

12       A      I don't know exactly.

13       Q      Was there anyone else in your

14   car at the time?

15       A      No.

16       Q      Had you exited your car at

17   anytime up to this point in the events?

18       A      No.

19       Q      What did the gentleman do after

20   he returned your license and registration

21   and handed you a ticket?

22       A      He made a statement along the

23   lines concerning driver's safety and

24   something along those lines, be careful,

25   and he walked back to his car.

30

```
1              CARELLO
2      Q      After he made that statement,
3   did you say anything?
4      A      Yes.
5      Q      What did you say?
6      A      I don't recall exactly what it
7   was.  It was something along the lines
8   like thanks for the advice or thanks for
9   the warning.
10     Q      Did you say anything else?
11     A      Not that I'm aware of.
12     Q      What did you do next?
13     A      Probably put my license away,
14  registration away --
15             MR. McGOWAN:  Not probably.
16  What did you do?
17     A      I can't recall exactly what I
18  did at that moment after.
19     Q      Did there come a point in time
20  that you resumed on your way?
21     A      Yes.
22     Q      Can you describe how it was
23  that you pulled a away from the curb?
24     A      Yes.  I had my hand out the
25  window to signal I was leaving the curb
```

1          CARELLO

2    and I pulled away a few feet and then got

3    pulled over again by the same person.

4        Q      Did you turn the blinker on --

5    I don't know if it's still called the

6    "blinker" -- on your car to indicate you

7    were going to be pulling over to the

8    left?

9        A      No.

10       Q      You only used your hand to

11   signal?

12       A      Yes.

13       Q      Can you describe exactly how it

14   was that you signaled using your hand?

15       A      I don't recall.

16       Q      How far had you moved your car

17   before you ascertained that you were

18   being pulled over a second time?

19       A      Just a few feet.

20       Q      What did you do then?

21       A      I pulled back over to the curb.

22       Q      Then what happened?

23       A      The same person got out of the

24   car and he had his hand on the side where

25   I was lead to believe it was a gun, he

32

1                          CARELLO

2      had his hand on there.  He came over to

3      the window.  I asked him what's the

4      problem.  He said I'm giving you a ticket

5      for no seat belt and for not signaling

6      when you left the curb.

7          Q      What led you to believe that it

8      was a gun on the side --

9          A      It looked like a gun.  I've

10     seen guns.  It looked like a gun.

11         Q      Can you describe it in any

12     better detail than that?

13         A      It was dark color.

14         Q      Was the gun in his hand?

15         A      No.

16         Q      Could you see both of his hands

17     as he approached you the second time?

18         A      Are you talking the palms or

19     the outside?

20         Q      I'm talking about from the

21     wrist to the fingers.  Could you see

22     that?

23             MR. McGOWAN:  This would be

24         looking through his sideview mirror?

25             MR. LOOMBA:  Either that or

35

1                      CARELLO

2              MR. LOOMBA:   Okay.

3      Q      What did you say in response?

4      A      I told him obviously I'm

5    wearing my seat belt and I signaled as I

6    left the curb.

7      Q      What did he say?

8      A      He said no, you didn't.  And he

9    goes -- I'm sorry.  He also mentioned

10   that I'm giving you a seat belt ticket

11   from before, not now.

12     Q      How did you respond?

13     A      I said I'm wearing -- at that

14   time when he told me he's giving me a

15   seat belt ticket, I said I'm wearing the

16   seat belt, and he said no, not from now,

17   from before.

18     Q      Did you say anything further?

19     A      I don't recall.

20     Q      Did he say anything further?

21     A      I don't recall.

22     Q      Did he go back to his car?

23     A      Yes.

24     Q      And how long was he in his car,

25   if you can remember?

36

CARELLO

1

2      A      I can't remember.

3      Q      Then what happened?

4      A      As he was in his car, I called

5  911 because I wanted to have someone from

6  New Rochelle Police Department come

7  assist me and make sure everything is on

8  the up and up.

9      Q      And you used your cell phone to

10  call 911?

11      A      Yes.

12      Q      Did an operator answer?

13      A      Yes.

14      Q      What did you say to the

15  operator?

16      A      I don't remember the exact

17  words, but pretty much saying that I was

18  looking for the New Rochelle Police

19  Department to come on North Avenue.

20      Q      Do you remember what they said?

21      A      I got disconnected a few times

22  so I don't remember all those

23  conversations.

24      Q      How many different times were

25  you disconnected?

37

1                  CARELLO

2      A     I can't recall, but it was

3   maybe one, two, three times.

4      Q     So you made then subsequent 911

5   calls, is that right?

6      A     Yes.  Exactly.

7      Q     What was your cell phone

8   provider on January 11, 2006?

9      A     Nextel.

10     Q     Do you have the same provider

11  today?

12     A     No.

13     Q     What was the telephone number

14  on that date?

15     A     I don't recall.

16     Q     Who was the owner of the

17  account with Nextel?

18     A     Beechmont Bus Holding.

19     Q     Is that an LLC or Inc.?

20     A     LLC.

21     Q     How many employees did

22  Beechmont Bus Holding, LLC have on that

23  date, January 11, 2006?

24     A     Two.

25     Q     Who was the other one?

38

1              CARELLO

2      A      Bruce Mitcheltree.

3      Q      Could you spell his name for

4  the reporter.

5      A      M-I-T-C-H-E-L-T-R-E-E.

6              That account was just my name

7  and my brother's name.  There were two

8  phones on that account.

9      Q      Was it two separate numbers?

10     A      Yes.  Two separate numbers.

11     Q      Which of your two brothers was

12  it?

13     A      James Carello.

14     Q      Did he have any connection with

15  Beechmont Bus Holding?

16     A      He would do some freelance work

17  for us.

18     Q      So you called 911 twice or

19  three times?  How many times did you --

20     A      I can't recall.  It was a few

21  times.  It was more than once.

22     Q      Do you understand why you were

23  disconnected?

24     A      I can't recall.

25     Q      When you called back the

39

CARELLO

1   
2   subsequent times were you speaking with

3   the same operator?

4       A     I don't even know.

5       Q     To your understanding, did

6   you -- at this time, were you transferred

7   or were you ever on the phone with

8   somebody at the New Rochelle Police

9   Department?

10      A     I don't recall.

11      Q     Did anyone identify themselves

12  in answering your 911 calls as being with

13  the New Rochelle Police Department?

14      A     I can't recall.

15      Q     The first 911 call, how long

16  were you on it before it was

17  disconnected?

18      A     I don't know the exact time.

19      Q     How much of your story were you

20  able to relate before you were

21  disconnected?

22      A     Not much at all.

23      Q     Can you just kind of describe

24  where were you in the recollection of the

25  account before it was disconnected?

40

CARELLO

1

2       A      I can't tell you how much time.

3  It was very minimal.

4       Q      In the second 911 call, did you

5  get any further before you were

6  disconnected?

7       A      Pretty much the same thing.

8       Q      What about the third call, if

9  there was a third call?

10      A      If there was a third, and I

11  know the last call finally someone came

12  on, and I believe they said New Rochelle

13  was on their way.

14      Q      Did they identify himself or

15  herself?

16      A      Who it was?  They may have, I

17  don't recall.

18      Q      All these 911 calls are

19  happening when the gentleman, the

20  African-American gentleman, had returned

21  to his vehicle, is that right?

22      A      Yes, that's correct.

23      Q      And there comes a point in time

24  where he walks back towards your car, is

25  that right?

41

CARELLO

1

2      A      Yes.

3      Q      Before that, did another police

4  vehicle arrive?

5      A      I saw there a New Rochelle

6  Police Department vehicle behind his

7  before he gave me the tickets.

8      Q      This is the second and third

9  ticket?

10     A      This is the second and third

11  ticket, yes.

12     Q      Can you describe that New

13  Rochelle police vehicle?

14     A      I couldn't see it.  It was

15  behind his car.  It was just like the New

16  Rochelle colors.

17     Q      It was a patrol car?

18     A      Yes, I believe so.

19     Q      Did it have lights on?

20     A      I don't remember the lights

21  being on, but it did have police lights

22  above the car.

23     Q      Was there a siren?

24     A      I didn't hear it.

25     Q      Could you see the driver from

42

1                    CARELLO

2  where you were standing?

3       A     No.

4       Q     Did the driver of that car ever

5  get out?

6       A     No.

7       Q     If that car had been

8  communicating with the African-American

9  gentleman via radio, would you have been

10 in a position to observe that?

11      A     No.

12      Q     What happened when he walked

13 back over to your car the second time?

14      A     He handed me the tickets and

15 went back to his car.

16      Q     Did you get into a argument

17 with him at that point?

18      A     No.

19      Q     Did you ask him why he was

20 giving you the second and third tickets?

21            MR. McGOWAN:  Asked what the

22      initial --

23      A     Other than what I answered?

24      Q     Other than what you testified

25 to today.

46

1                       CARELLO

2        A      I drove away.

3        Q      Where did you go?

4        A      I went to the New Rochelle

5   Police Department.

6        Q      That would be just down the

7   road on the left-hand side?

8        A      That's correct.

9        Q      Did you go there directly?

10       A      Yes.

11       Q      Did you make any calls on your

12  way over, telephone calls?

13       A      I don't recall.

14       Q      Where did you park?

15       A      I parked on North Avenue.

16       Q      And did you go inside the

17  headquarters?

18       A      Yes.

19       Q      What did you do?

20       A      I went to the front desk and

21  spoke to the person that was working

22  there that I would like to make a

23  complaint.

24       Q      Was that person an officer or a

25  civilian service officer?

47

1          CARELLO

2          MR. McGOWAN:  If you know the

3     difference.

4     A     I don't know the difference.

5     Q     What did that person say?

6     A     Something along the lines that

7  they'll have someone come out and talk to

8  me.

9     Q     Did someone eventually come

10 out?

11    A     Yes.

12    Q     Who was that?

13    A     Sergeant Rosenbergen.

14    Q     When Sergeant Rosenbergen came

15 out and you first met, where were you

16 standing?

17    A     By the front window as you

18 enter the police station.

19    Q     Did Sergeant Rosenbergen take

20 you into a separate area of the Police

21 Department --

22    A     Yes.

23    Q     -- headquarters?

24          Where did he take you?

25    A     As you walk in, he took me to

48

CARELLO

1

2     the room on the right-hand side of the

3     building.

4         Q     How many doors did you have to

5     pass through to get into that room?

6         A     I don't recall.

7         Q     Was it -- it was at least one,

8     would you say?

9         A     Yes.

10        Q     Were there two?

11        A     I don't recall.  I don't know

12    if they were opened, I don't know if they

13    were closed.

14        Q     You don't remember?

15        A     I don't remember.

16            MR. McGOWAN:  Just so you are

17        clear, you definitely went through one

18        closed door?

19            THE WITNESS:  Yes.

20            MR. McGOWAN:  At least one.

21        Q     Do you remember what the room

22    looked like?

23        A     Yes.

24        Q     How large was it?

25        A     It was not that large.

49

CARELLO

1

2      Q      Can you approximate dimensions,

3  if you can?  Maybe you can't.

4      A      I don't want to guess because I

5  can't be accurate.

6      Q      Were there any windows in the

7  room?

8      A      No.

9      Q      Was there any furniture in the

10  room?

11     A      Yes.

12     Q      What kind of furniture was in

13  there?

14     A      There was chairs and a table.

15     Q      Were the chairs in the middle

16  of the room or up against one of the

17  walls?  Where was it positioned?

18     A      It was in the middle, but it

19  could have been against the side wall.

20  I'm not sure.

21     Q      Do you remember how many

22  different chairs were around the table?

23     A      At least two.

24     Q      Were they seated next to each

25  other, opposite sides, at 90 degrees?

50

CARELLO

1

2    What was the orientation?

3        A    I would say one was at an end

4    and another one was at a side.

5        Q    Was there anyone else in the

6    room at this time?

7        A    No.

8        Q    Did you sit down?

9        A    Yes.

10       Q    Did Sergeant Rosenbergen sit

11   down?

12       A    Yes.

13       Q    What happened next?

14       A    I told him of the incident that

15   took place on North Avenue, I felt

16   harassed, and he claimed that I wasn't

17   harassed.

18       Q    When you told him you felt

19   harassed, did you explain why or did you

20   just say "I felt harassed"?

21       A    I told him my story and I told

22   him I felt harassed.

23       Q    What did he say?

24       A    He said he didn't feel I was

25   harassed.

51

CARELLO

1

2    Q      Did he provide any explanation?

3    A      Not that I recall.

4    Q      Then what happened?

5    A      We both walked out of the room

6    and I asked him if I could see the

7    supervisor because I felt that I was

8    harassed.

9    Q      Where did you make that request

10   or ask that question of Sergeant

11   Rosenbergen?  Were you still in the room

12   when you said that or were you back out

13   in the hallway?

14   A      I believe I was back out in the

15   hallway.

16   Q      What did Sergeant Rosenbergen

17   tell you?

18   A      He said that his supervisor is

19   not here and I would be waiting a long

20   time.  Something along those lines.

21   Q      What did you say in response?

22   A      I said I had plenty of time,

23   I'll wait.

24   Q      What did he say?

25   A      I don't think he said anything.

52

CARELLO

1

2  I can't remember if it was verbal or

3  nonverbal response.  I don't remember.

4      Q      Did he exit the lobby?

5      A      Yes.

6      Q      And what did you do after he

7  left the lobby?

8      A      I waited in the main lobby.

9      Q      When you say the main lobby, is

10  that the lobby that you were brought back

11  out to by Sergeant Rosenbergen and after

12  the first interview?

13      A      No.

14      Q      I want to make sure I've got it

15  right on the record.

16             You described a brief interview

17  in an inside room --

18      A      Uh-huh.

19      Q      -- with a table and no windows,

20  is that right?

21      A      That's correct.

22      Q      And then he brought you to a

23  separate location after that interview

24  ended, is that right?

25      A      Outside of that room there's --

53

1                    CARELLO

2    it feels like -- I don't know if it's

3    considered a lobby or not, but that's

4    where I told him, outside of that room.

5        Q    Is that where the window is?

6    When you say "outside of that room," is

7    that where the public window is?

8        A    No, you go through another

9    doorway and then there's a window.

10       Q    So when you were talking about

11   wanting to see a supervisor and him

12   saying that a supervisor was not

13   immediately available, this was not in

14   the main, say, the public lobby, but

15   outside the room but inside the door from

16   the public lobby?

17       A    Exactly.

18       Q    Is that right?

19       A    Yes.

20       Q    So when Sergeant Rosenbergen

21   walked away from you at that point, did

22   he open the door that lead out to the

23   public lobby and say you should wait out

24   here, or how did that go?

25       A    No, he walked towards the back

54

CARELLO

1   and I walked out.

3       Q     So you let yourself out?

4       A     Yes.

5       Q     When you got back out to what

6   we will call the public lobby, what did

7   you do?

8       A     I waited for about 15, 20

9   minutes and nobody had come out.

10      Q     And did you make any telephone

11  calls during that period?

12      A     I don't recall.

13      Q     Then what happened?

14      A     Since nobody was coming out to

15  see me, I went to the person at the front

16  window and asked if I could set an

17  appointment up with either the Police

18  Commissioner or someone in Internal

19  Affairs.

20      Q     Was this the same person that

21  you had spoke to originally when you came

22  into the headquarters?

23      A     I don't recall.

24      Q     And what did that person then

25  say?

55

1                    CARELLO

2        A       He didn't -- it was a male.  He

3   didn't say anything.  He just got up and

4   left.

5        Q       Then what happened?

6        A       I waited about another ten

7   minutes and then I called the New

8   Rochelle Police Department nonemergency

9   number and I told them my situation and

10  they said someone was going to come out

11  to talk to me.

12       Q       Which phone did you use to make

13  that call?

14       A       My cell phone.

15       Q       Do you know who you spoke with

16  on the other end?

17       A       No.

18       Q       So they said someone would come

19  out and speak with you?

20       A       Yes.

21       Q       Did you sit down and wait some

22  more?

23       A       Yes.  But not a long period

24  after that.

25       Q       And then someone came back out?

56

1              CARELLO

2      A      Yes.

3      Q      Who was that?

4      A      It was Sergeant Rosenbergen.

5      Q      Then what happened?

6      A      He asked me to come inside the

7   room with him because he want to read me

8   something.

9      Q      What did you do?

10      A      I followed him inside the room.

11      Q      Was it the same room you were

12   in before?

13      A      Yes.

14      Q      Was there anyone else inside

15   the room at that time?

16      A      No.

17      Q      When you got inside the room,

18   did you sit down?

19      A      Yes.

20      Q      Which chair did you sit on?

21   Was it the end chair or the side chair?

22      A      I was sitting at the end of the

23   table or desk, whatever was in there.  I

24   was sitting at the end.

25      Q      As were you seated, what was

57

CARELLO

1

2  immediately behind your back?

3      A      A wall.

4      Q      Was the door on that wall or

5  was that a wall without the door?

6      A      A wall without a door.

7      Q      Where did Sergeant Rosenbergen

8  position himself?

9      A      He sat on the side of the

10  table, which would be on my right-hand

11  side.

12      Q      Did he have any documents with

13  him at this point?

14      A      He had something in his hand.

15  I don't know what it was.

16      Q      What was it, a piece of paper?

17      A      It was -- it looked like it was

18  something that he wanted to read.  I

19  don't know exactly what it was, but it

20  looked like he had something he wanted to

21  read.  I don't know if it was a book, a

22  magazine, paper, a sheet.  I don't

23  recall.

24      Q      Did he read anything to you

25  when you were inside the room the second