POLICE DEPARTMENT
City of New Rochelle, N.Y.



Civilian Complaint Form (CO 3)

Date Reported  1/11/06                    Time Reported _____

How Reported:  In Person ✓    Phone ___

To Whom Reported: Name & Rank  ~~Sgt~~ Lt. Masseo    Emp.# _____

Complainant:

Name  John Carello

Address/City  899 White Plains Rd Scarsdale, NY 10583

Phone No. Residence  (914) 725-0066    Business  (914) 943-7786

Complainant's Signature  _____

(If complainant is anonymous, write ANONYMOUS on line provided for complainant's name.)

Personnel Involved:

Name  PO Hudson              Shield#_____    Veh.#_____

Name  SGT Rosenbergen        Shield#_____    Veh.#_____

Name  _____    Shield#_____    Veh.#_____

Incident:

Date  1/11/06    Time _____    Location _____

Witnesses:

Name  NR Police Personnell & People in Lobby    Phone No. _____

Address/City _____

Name _____    Phone No. _____

Address/City _____

( Continued on other side)

Description of Complaint: Was given ticket for allegedly speeding. Officer Hudson issued me ticket for speeding and went back to his car. After pulling away, officer Hudson pulled me over again and said now I'm giving you a ticket for no seat belt and not signaling when leaving. He had his hand on his gun and I felt confused and threatened. I had told him that I did signal when I left curb and as he could see I had my seat belt on. He told me he was giving me a ticket now for not having my seat belt on before. I decided to call 911 to have N.R.P.D. send another officer over because I felt harassed and threatened. (Plus unmarked car.) After calling repeatedly to 911 because I got disconnected the State Police told me that N.R.P.D. was on their way. In the midst of Officer Hudson writing tickets in his car a N.R.P.D. vehicle pulled behind his and nobody came out to engage in my complaint. After P.O. Hudson gave me tickets for seatbelt and not signaling I decided to go to N.R.P.D. to make a formal complaint and to find out why nobody assisted me on my 911 call. I was told to speak with Sgt Rosenbergen and explained my situation and predicament. He said that it wasn't being harassed in his eyes. So I had asked him if I could speak to his supervisor and he rudely said you'll have to wait a long time and I told him I had plenty of time. He couldn't give me a definitive time period of a person

Signature of Complainant _____   Cont.→

Signature of Reporting Officer _____

Date _____

(CO 3)

**Description of Complaint:** to speak with so I just waited in the lobby. After waiting for a long period, I had asked the desk person if I can make an appointment to meet with the commissioner or someone in Internal Affairs. The desk person then walked away and I hadn't seen anybody in the front room of N.R.P.D. for approx 10 minutes. I then decided to call NRPD non emergency number to speak with someone to let them know I was still waiting and then the person on the phone said they're sending someone out. Sgt Rosenberger came to the lobby and said to come in a side room that he wanted to read something to me. When I got in the room he still claimed that I wasn't harassed I told him that not only did I feel harassed, but I also felt threatened. He claimed that I was embellishing my story because I told him that the officer had his hand on his gun and because I didn't tell him that initially that I was now adding to my story. I told him that I was not adding to my story this is how things happened and I was upset that a N.R.P.D. officer did not come to my vehicle after my 911 emergency call. Sgt Rosenberger then said don't you ever point your finger at me (which I did as I was sitting in my seat telling him how upset I was in how nobody responded to my call and out of nowhere he sat out of his chair and picked me up out of my chair by my "neck" and violently tossed me out of the room into the lobby and told me he was done with me and get out of here. There were witness' in the lobby and I decided to leave because I didn't want any more harm to come to me. I then called the commissioner's office and told Gina what had happened and she advised me to talk to the Lt Masseo and I filled out report. ( CQ 3 )

**Signature of Complainant** _____

**Signature of Reporting Officer** _____

**Date** _____

POLICE DEPARTMENT
City of New Rochelle, N.Y.

Civilian Complaint Form (CO 3)

_____
_____

Date Reported _____  Time Reported _____

How Reported:  In Person ____   Phone ____

To Whom Reported: Name & Rank _____  Emp.# _____

_____
_____

Complainant:

Name _____

Address/City _____

Phone No. Residence _____  Business _____

Complainant's Signature _____

(If complainant is anonymous, write ANONYMOUS on line provided for complainant's name.)

Personnel Involved:

Name _____  Shield#_____  Veh.#_____

Name _____  Shield#_____  Veh.#_____

Name _____  Shield#_____  Veh.#_____

Incident:

Date _____   Time _____   Location _____

Witnesses:

Name _____  Phone No._____

Address/City _____

Name _____  Phone No._____

Address/City _____

( Continued on other side)